

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | SUPERSEDING INDICTMENT |
| v. | NO. 3:22CR-106-DJH<br>18 U.S.C. § 2<br>18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 924(c)(1)(A)(i)<br>18 U.S.C. § 924(d)<br>18 U.S.C. § 924(a)(8)<br>18 U.S.C. § 982(a)(5)<br>18 U.S.C. § 2313<br>21 U.S.C. § 841(a)(1)<br>21 U.S.C. § 841(b)(1)(A)<br>21 U.S.C. § 841(b)(1)(B)<br>21 U.S.C. § 841(b)(1)(C)<br>21 U.S.C. § 846<br>21 U.S.C. § 853 |
| **TREY JOSHUA SHOATS**<br>**WARD REED** | |

The Grand Jury charges:

COUNT 1
(*Conspiracy to Possess with Intent to Distribute and Distribute Controlled Substances*)

Beginning on a date unknown to the Grand Jury but at least as early as July 5, 2022, to September 9, 2022, in the Western District of Kentucky, Jefferson County, Kentucky, and elsewhere, **TREY JOSHUA SHOATS** and **WARD REED**, defendants herein, knowingly and intentionally conspired with others unknown to the Grand Jury, to possess with the intent to distribute 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[ 1-( 2-phenylethyl )-4-piperidinyl ] propenamide, commonly known as "fentanyl," and 28 grams or more of a mixture and substance containing a detectable amount of cocaine base, also known as "crack" cocaine, Schedule II controlled substances, as defined by Title 21, United

States Code, Section 812, and a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, as defined by Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A), (B), and (C).

The Grand Jury further charges:

## COUNT 2
*(Possession with Intent to Distribute and Distribution of Fentanyl)*

On or about July 5, 2022, in the Western District of Kentucky, Jefferson County, Kentucky, **TREY JOSHUA SHOATS**, a defendant herein, knowingly and intentionally possessed with the intent to distribute and distributed 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N- [ 1- ( 2-phenylethyl ) -4-piperidinyl ] propenamide, commonly known as "fentanyl," a Schedule II controlled substance, as defined by Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

The Grand Jury further charges:

## COUNT 3
*(Possession of Firearm in Furtherance of Drug Trafficking Crime)*

On or about July 5, 2022, in the Western District of Kentucky, Jefferson County, Kentucky, **TREY JOSHUA SHOATS**, a defendant herein, knowingly possessed a firearm, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute and distribution of fentanyl, a violation of Title 21, United States Code, Section 841(a)(1).

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

The Grand Jury further charges:

## COUNT 4
*(Possession with Intent to Distribute and Distribution of Fentanyl)*

On or about July 27, 2022, in the Western District of Kentucky, Jefferson County, Kentucky, **TREY JOSHUA SHOATS**, defendant herein, knowingly and intentionally possessed with the intent to distribute and distributed 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[ 1-( 2-phenylethyl )-4-piperidinyl ] propenamide, also known as "fentanyl," a Schedule II controlled substance, as defined by Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

The Grand Jury further charges:

## COUNT 5
*(Possession of Firearm in Furtherance of Drug Trafficking Crime)*

On or about July 27, 2022, in the Western District of Kentucky, Jefferson County, Kentucky, **TREY JOSHUA SHOATS**, a defendant herein, knowingly possessed a firearm, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute and distribution of fentanyl, a violation of Title 21, United States Code, Section 841(a)(1).

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

The Grand Jury further charges:

## COUNT 6
*(Possession with Intent to Distribute and Distribution of Fentanyl)*

On or about August 2, 2022, in the Western District of Kentucky, Jefferson County, Kentucky, **TREY JOSHUA SHOATS**, a defendant herein, knowingly and intentionally possessed with the intent to distribute and distributed 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N- [ 1- ( 2-phenylethyl ) -4-piperidinyl ] propenamide, also known as "fentanyl," a Schedule II controlled substance, as defined by Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

The Grand Jury further charges:

## COUNT 7
*(Possession of Firearm in Furtherance of Drug Trafficking Crime)*

On or about August 2, 2022, in the Western District of Kentucky, Jefferson County, Kentucky, **TREY JOSHUA SHOATS**, a defendant herein, knowingly possessed a firearm, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute and distribution of fentanyl, a violation of Title 21, United States Code, Section 841(a)(1).

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

The Grand Jury further charges:

## COUNT 8
*(Possession with Intent to Distribute and Distribution of Fentanyl)*

On or about August 30, 2022, in the Western District of Kentucky, Jefferson County, Kentucky, **TREY JOSHUA SHOATS**, a defendant herein, knowingly and intentionally possessed with the intent to distribute and distributed 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N- [ 1- ( 2-phenylethyl ) -4-piperidinyl ] propenamide, also known as "fentanyl," a Schedule II controlled substance, as defined by Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

The Grand Jury further charges:

## COUNT 9
*(Possession of Firearm in Furtherance of Drug Trafficking Crime)*

On or about August 30, 2022, in the Western District of Kentucky, Jefferson County, Kentucky, **TREY JOSHUA SHOATS**, a defendant herein, knowingly possessed a firearm, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute and distribution of fentanyl, a violation of Title 21, United States Code, Section 841(a)(1).

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

The Grand Jury further charges:

## COUNT 10
*(Possession with Intent to Distribute Controlled Substances)*

On or about September 9, 2022, in the Western District of Kentucky, Jefferson County, Kentucky, **TREY JOSHUA SHOATS**, a defendant herein, knowingly and intentionally possessed with the intent to distribute 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N- [ 1- ( 2-phenylethyl ) -4-piperidinyl ] propenamide, also known as "fentanyl," and 28 grams or more of a mixture and substance containing a detectable amount of cocaine base, also known as "crack" cocaine, both Schedule II controlled substances, as defined by Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and (B).

The Grand Jury further charges:

## COUNT 11
*(Possession of a Firearm by a Prohibited Person)*

On or about September 9, 2022, in the Western District of Kentucky, Jefferson County and Bullitt County, Kentucky, the defendant, **TREY JOSHUA SHOATS**, knowingly possessed, in and affecting interstate commerce, the following firearms: a Glock, Model 23, .40 caliber pistol, bearing serial number BUSM561; an F.N. Five-seveN, 5.7x28 millimeter caliber pistol, bearing serial number GKS005709; a Glock, Model .40 caliber pistol, bearing serial number AALV426; a Glock, Model 19, 9 millimeter pistol, bearing serial number BSKA044; a Springfield, Model XD5, 9 millimeter pistol, bearing searing number S3883439; a Tanfoglio, F.LLI, S.N.C., GT380, .380 caliber pistol, bearing serial number T63961; a Romarms, 7.62x39 millimeter caliber pistol, bearing serial number PMD-05579-18; a Glock, Model G19, 9 millimeter pistol, bearing serial

number BPNA325; and ammunition, with knowledge that he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit:

> On or about December 6, 2017, in Jefferson County Circuit Court, Jefferson County, Kentucky, in Case Number 16-CR-002338, **TREY JOSHUA SHOATS**, was convicted of Trafficking in a Controlled Substance, First Degree, First Offense (< 4 Grams Cocaine), a felony; and

> On or about January 16, 2020, in Jefferson County Circuit Court, Jefferson County, Kentucky, in Case Number 19-CR-002202, **TREY JOSHUA SHOATS**, was convicted of Trafficking in a Controlled Substance, First Offense, a felony.

> In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and 924(a)(8).

The Grand Jury further charges:

## COUNT 12
*(Possession with Intent to Distribute Controlled Substances)*

On or about September 9, 2022, in the Western District of Kentucky, Jefferson County, Kentucky, **WARD REED**, a defendant herein, knowingly and intentionally possessed with the intent to distribute and distributed 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[ 1-( 2-phenylethyl )-4-piperidinyl ] propenamide, also known as "fentanyl," a Schedule II controlled substance, as defined by Title 21, United States Code, Section 812, and a mixture and substance containing heroin, a Schedule I controlled substance, as defined by Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) and (C).

The Grand Jury further charges:

## COUNT 13
*(Possession of a Stolen Motor Vehicle)*

On or about September 9, 2022, in the Western District of Kentucky, Jefferson County, Kentucky, **TREY JOSHUA SHOATS** and **WARD REED**, the defendants herein, aided and abetted by each other, did receive, possess, conceal, store, barter, sell and dispose of a stolen motor vehicle, that is a 2022 Dodge TRX, which vehicle had crossed a State boundary after being stolen, to wit, said vehicle being stolen on August 16, 2022, in Sterling Heights, Michigan, and subsequently brought into the Commonwealth of Kentucky, knowing the same to have been stolen.

In violation of Title 18, United States Code, Section 2313 and 2.

The Grand Jury further charges:

## COUNT 14
*(Possession of a Stolen Motor Vehicle)*

On or about September 9, 2022, in the Western District of Kentucky, Jefferson County, Kentucky, **TREY JOSHUA SHOATS** and **WARD REED**, the defendants herein, aided and abetted by each other, did receive, possess, conceal, store, barter, sell and dispose of a stolen motor vehicle, that is a 2022 Mustang Cobra, which vehicle had crossed a State boundary after being stolen, to wit, said vehicle being stolen on September 8, 2022, in Woodhaven, Michigan, and subsequently brought into the Commonwealth of Kentucky, knowing the same to have been stolen.

In violation of Title 18, United States Code, Sections 2313 and 2.

The Grand Jury further charges:

## COUNT 15
*(Possession of a Stolen Motor Vehicle)*

On or about September 9, 2022, in the Western District of Kentucky, Jefferson County, Kentucky, **TREY JOSHUA SHOATS**, the defendant herein, did receive, possess, conceal, store, barter, sell and dispose of a stolen motor vehicle, that is a 2021 GMC Yukon, which vehicle had crossed a State boundary after being stolen, to wit, said vehicle being stolen on April 27, 2022, in Pinellas County, Florida, and subsequently brought into the Commonwealth of Kentucky, knowing the same to have been stolen.

In violation of Title 18, United States Code, Section 2313.

The Grand Jury further charges:

## COUNT 16
*(Possession of a Stolen Motor Vehicle)*

On or about September 9, 2022, in the Western District of Kentucky, Jefferson County, Kentucky, **TREY JOSHUA SHOATS** and **WARD REED**, the defendants herein, aided and abetted by each other, did receive, possess, conceal, store, barter, sell and dispose of a stolen motor vehicle, that is a 2022 Jeep Wagoneer, which vehicle had crossed a State boundary after being stolen, to wit, said vehicle being stolen on August 11, 2022, in Detroit, Michigan, and subsequently brought into the Commonwealth of Kentucky, knowing the same to have been stolen.

In violation of Title 18, United States Code, Section 2313 and 2.

The Grand Jury further charges:

## COUNT 17
*(Possession of a Stolen Motor Vehicle)*

On or about September 9, 2022, in the Western District of Kentucky, Jefferson County, Kentucky, **TREY JOSHUA SHOATS** and **WARD REED**, the defendants herein, aided and abetted by each other, did receive, possess, conceal, store, barter, sell and dispose of a stolen motor vehicle, that is a 2021 Jeep Cherokee, which vehicle had crossed a State boundary after being stolen, to wit, said vehicle being stolen on May 21, 2022, in Livonia, Michigan, and subsequently brought into the Commonwealth of Kentucky, knowing the same to have been stolen.

In violation of Title 18, United States Code, Section 2313 and 2.

The Grand Jury further charges:

## COUNT 18
*(Possession of a Stolen Motor Vehicle)*

On or about September 9, 2022, in the Western District of Kentucky, Jefferson County, Kentucky, **TREY JOSHUA SHOATS** and **WARD REED**, the defendants herein, aided and abetted by each other, did receive, possess, conceal, store, barter, sell and dispose of a stolen motor vehicle, that is a 2020 Dodge Challenger, which vehicle had crossed a State boundary after being stolen, to wit, said vehicle being stolen on August 10, 2022, in Canton, Michigan, and subsequently brought into the Commonwealth of Kentucky, knowing the same to have been stolen.

In violation of Title 18, United States Code, Section 2313 and 2.

## NOTICE OF FORFEITURE

As a result of committing offenses in violation of Title 21, United States Code, Sections 841(a)(1) and 846, as specifically charged in Counts 1, 2, 4, 6, 8, 10, and 12 of this Superseding Indictment, felonies punishable by imprisonment for more than one year, **TREY JOSHUA SHOATS** and **WARD REED**, defendants herein, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from, proceeds the defendant obtained directly or indirectly, as a result of said offense, and any and all of the defendants' property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of the violations alleged in this Indictment, including aa Glock, Model 23, .40 caliber pistol, bearing serial number BUSM561; an F.N. Five-seveN, 5.7x28 millimeter caliber pistol, bearing serial number GKS005709; a Glock, Model .40 caliber pistol, bearing serial number AALV426; a Glock, Model 19, 9 millimeter pistol, bearing serial number BSKA044; a Springfield, Model XD5, 9 millimeter pistol, bearing searing number S3883439; a Tanfoglio, F.LLI, S.N.C., GT380, .380 caliber pistol, bearing serial number T63961; a Romarms, 7.62x39 millimeter caliber pistol, bearing serial number PMD-05579-18; a Glock, Model G19, 9 millimeter pistol, bearing serial number BPNA325; and ammunition.

As a result of committing offenses in violation of Title 18, United States Code, Section 924(c)(1)(A)(i) as alleged in Counts 3, 5, 7, and 9 of this Superseding Indictment and Title 18, United States Code, Section 922(g)(1), as alleged in Count 11 of this Indictment, felonies punishable by imprisonment for more than one year **TREY JOSHUA SHOATS**, the defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) any and all firearms and ammunition involved in or used in the offenses, including the following: a Glock, Model 23, .40 caliber pistol, bearing serial number BUSM561; an F.N. Five-seveN, 5.7x28 millimeter caliber pistol, bearing serial number GKS005709; a Glock, Model .40 caliber

11

pistol, bearing serial number AALV426; a Glock, Model 19, 9 millimeter pistol, bearing serial number BSKA044; a Springfield, Model XD5, 9 millimeter pistol, bearing searing number S3883439; a Tanfoglio, F.LLI, S.N.C., GT380, .380 caliber pistol, bearing serial number T63961; a Romarms, 7.62x39 millimeter caliber pistol, bearing serial number PMD-05579-18; a Glock, Model G19, 9 millimeter pistol, bearing serial number BPNA325; and ammunition.

As a result of committing offenses in violation of Title 18, United States Code, Section 2313 as alleged in Counts 13 through 18 of this Superseding Indictment, felonies punishable by imprisonment for more than one year **TREY JOSHUA SHOATS** and **WARD REED**, the defendants herein, shall forfeit any and all property constituting, or derived from, proceeds the defendant obtained directly or indirectly, as a result of said offense, pursuant to Title 18, United States Code, Section 982(a)(5), including the following property: a 2022 Dodge TRX bearing VIN: 1C6SRFV95NN319647; a 2022 Mustang Cobra bearing VIN: 1FA6P8SJXN5502265; a 2021 GMC Yukon bearing VIN: 1GKS1GKD7MR201463; a 2022 Jeep Wagoneer VIN: 1C45JVGXNS136648; a 2021 Jeep Cherokee bearing VIN: 1C4RJFN9XMC691007; and a 2020 Dodge Challenger bearing VIN: 2C3CDZC93LH142671.

A TRUE BILL.

Redacted

_____
MICHAEL A. BENNETT
UNITED STATES ATTORNEY

MAB:AMB

UNITED STATES OF AMERICA v. **TREY JOSHUA SHOATS, et al.**

## PENALTIES

Counts 1 and 10:   NL 10 yrs./NM Life/$10,000,000/both/NL 5 yrs. Supervised Release (fentanyl)
(NL 15 years/NM Life/$20,000,000/both/NL 10 yrs. Supervised Release (with one prior qualifying conviction) (fentanyl))
(NL 25 years/NM Life/$20,000,000/both/NL 10 yrs. Supervised Release (with two or more prior qualifying convictions) (fentanyl))
NL 5 yrs./NM 40 yrs./$5,000,000/both/NL 4 yrs. Supervised Release (cocaine)
(NL 10 yrs./NM Life/$8,000,000/both/NL 8 yrs. Supervised Release (with one or more prior qualifying convictions) (cocaine))

Counts 2, 4, 6, 8, and 12:  NL 5 yrs./NM 40 yrs./$5,000,000/both/NL 4 yrs. Supervised Release
(NL 10 yrs./NM Life/$8,000,000/both/NL 8 yrs. Supervised Release (with one or more prior qualifying convictions))

Counts 3, 5, 7, and 9:  NL 5 yrs./NM Life/$250,000/both/NM 3 yrs. Supervised Release (consecutive) (each count)

Count 11:   NM 15 yrs / $250,000 / both / NM 3 yrs. Supervised Release

Counts 13-18:   NM 10yrs./$250,000/both/NM 3 yrs. Supervised Release

Forfeiture

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual<br>$125 per count/other | Felony: | $100 per count/individual<br>$400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following**:

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

   For offenses occurring after December 12, 1987:

   No **INTEREST** will accrue on fines under $2,500.00.

   **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

   **PENALTIES** of:

   10% of fine balance if payment more than 30 days late.

   15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

## RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

## APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

## PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

| | |
|---|---|
| LOUISVILLE: | Clerk, U.S. District Court<br>106 Gene Snyder U.S. Courthouse<br>601 West Broadway<br>Louisville, KY 40202<br>502/625-3500 |
| BOWLING GREEN: | Clerk, U.S. District Court<br>120 Federal Building<br>241 East Main Street<br>Bowling Green, KY 42101<br>270/393-2500 |
| OWENSBORO: | Clerk, U.S. District Court<br>126 Federal Building<br>423 Frederica<br>Owensboro, KY 42301<br>270/689-4400 |
| PADUCAH: | Clerk, U.S. District Court<br>127 Federal Building<br>501 Broadway<br>Paducah, KY 42001<br>270/415-6400 |

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.